
FILED
CLERK, U.S. DISTRICT COURT
AUG - 7 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
v.
JOSE CARBAJAL,
    Defendant.

Case No. CR 19-345-TJH

ORDER OF DETENTION

Defendant's initial appearance on the indictment filed in this matter took place on August 7, 2019. The Court appointed Deputy Federal Public Defender Nadine Hettle to represent Defendant. A detention hearing was held.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure: ☐ the appearance of the defendant as required.
☒ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency which recommended release upon the posting of a $150,000 appearance bond justified with deeding of property signed by the Defendant's father and recommended conditions.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ none

As to danger to the community:

☒ Allegations in the indictment suggest that defendant's release would pose an danger as defendant is alleged to have sold multiple firearms, to include machine guns and assault rifles, some without serial numbers. In addition, Defendant's possession of firearms was unauthorized as he had been convicted of a felony and could not lawfully possess firearms. During the hearing, the government represented that at least one of the firearm sales took place at the residence where Defendant resides (and presumably where Defendant would reside if released on bail) with his wife and three children.

The Court finds that there are presently no condition or combination of conditions will reasonably assure the safety of any person or the community [18 U.S.C. § 3142(e)(2)].

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any

attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: August 7, 2019

                                      /s/
                          ALKA SAGAR
         UNITED STATES MAGISTRATE JUDGE